175 A.3d 165

VICTOR H. BOYAJIAN AND LYNN BOYAJIAN, PLAINTIFFS–PETI-
TIONERS, v. MICHAEL CAMMARATA AND GRETEL CAM-
MARATA, DEFENDANTS–RESPONDENTS. VICTOR H. BOYA-
JIAN AND LYNN BOYAJIAN, PLAINTIFFS–PETITIONERS, v.
MICHAEL CAMMARATA AND GRETEL CAMMARATA, DE-
FENDANTS, AND TOWNSHIP OF HARDING, PAUL FOX,
TOWNSHIP ENGINEER OF HARDING TOWNSHIP, GAIL
MCKANE ADMINISTRATOR OF HARDING TOWNSHIP AND
KAREN ZABORSKY, ZONING OFFICER OF HARDING TOWN-
SHIP, DEFENDANTS.

C–333 September Term 2017
080040

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3968–14 and A–
12–15 having been submitted to this Court, and the Court having
considered the same;

It is ORDERED that the petition for certification is denied,
with costs.